UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-414-GW(ASx) | Date | April 23, 2015 |
|---|---|---|---|
| Title | *John O'Hanlon v. Lecile E Cole, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

None Present                                              None Present

**PROCEEDINGS:**    **(IN CHAMBERS): ORDER TO CONSOLIDATE WITH CV 15-400-GW(ASx)**

The above-entitled action is consolidated with *Sherif E. El Dabe v. Calavo Growers, Inc., et al.*, CV 15-400-GW(ASx). The Court appoints Calavo Investor Group as Lead Plaintiff. Patrick V. Dahlstrom and the Pomerantz LLP firm are appointed as Lead Counsel.

Parties are advised that all subsequent filings will be filed under *Sherif E. El Dabe v. Calavo Growers, Inc., et al.*, CV 15-400-GW(ASx). A Notice of Appearance will be required in order for counsel to receive notice of all subsequent filings.

A Scheduling Conference is set for May 21, 2015 at 8:30 a.m. Parties will file a joint report by noon on May 19, 2015. Parties may appear telephonically provided that notice is given to the clerk two business days prior to the hearing.

|  | : |
|---|---|
| Initials of Preparer | JG |